**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Michael Quiel, et al.,<br><br>　　　　　　　Defendants. | No. CR-11-02385-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Defendant Michael Quiel's Motion for Leave to File Non-Electronic Exhibit. (Doc. 455).

The Court did not need to consider Defendant's electronic recording in denying Defendants' Motion for New Trial. (Doc. 463).

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Leave to File Non-Electronic Exhibit, (Doc. 455), is **DENIED** and the Clerk will return the CD to Quiel's Counsel.

Dated this 15th day of July, 2015.

*/s/ James A. Teilborg*
James A. Teilborg
Senior United States District Judge